GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
HEATHER RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant UBER
TECHNOLOGIES, INC.

WEST COAST EMPLOYMENT LAWYERS, APLC
ALLEN PATATANYAN, SBN 210586
  allen@westcoasttriallawyers.com
NEAMA RAHMANI, SBN 223819
  nr@westcoasttriallawyers.com
RONALD L. ZAMBRANO, SBN 255613
  ron@westcoasttriallawyers.com
350 South Grand Avenue, Suite 3325
Los Angeles, CA 90071
Telephone: 213.927.3700
Facsimile: 213.927.3701

Attorneys for Plaintiffs
JERICHO NICOLAS, et al., individually and on
behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICOLAS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 4:19-cv-08228-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULES AND RESET HEARING DATE**<br><br>**\*\*AS MODIFIED BY THE COURT\*\***<br><br>Hon. Phyllis J. Hamilton |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Jericho Nicolas, et al. ("Plaintiffs") and

2   Uber Technologies, Inc. ("Defendant")  (collectively, the "Parties"), by and through their respective

3   counsel of record, hereby stipulate and agree as follows:

4    WHEREAS, Plaintiffs filed a Class Action Complaint on December 18, 2019 (Dkt. 1) and

5   served Defendant on December 30, 2019;

6    WHEREAS, the Court issued an Order Setting Initial Case Management Conference and

7   ADR Deadlines setting the initial case management conference for March 19, 2020 at 2:00 p.m. (Dkt.

8   7);

9    WHEREAS, Plaintiffs filed a Class Action Amended Complaint on January 6, 2020 (Dkt. 9);

10    WHEREAS, Defendant filed a Motion to Compel Arbitration (Dkt. 17) and Motion to

11   Dismiss Plaintiffs' First Amended Class Action Complaint with a Request for Judicial Notice (Dkts.

12   19–20) on March 5, 2020;

13    WHEREAS, Defendant noticed the hearing on its Motion to Compel Arbitration and Motion

14   to Dismiss Plaintiffs' First Amended Class Action Complaint for April 15, 2020 at 9:00 a.m. (Dkts.

15   17, 19);

16    WHEREAS, the Court issued a notice continuing the initial case management conference to

17   May 28, 2020 at 2:00 p.m. (Dkt. 21);

18    WHEREAS, the Court issued a notice vacating all hearings set until May 1, 2020, including

19   the Parties' hearing set for April 15, 2020 at 9:00 a.m., due to the current public health emergency

20   caused by the coronavirus disease (Dkt. 22);

21    WHEREAS, the Parties met and conferred regarding Defendant's motions and agreed to

22   provide additional time for Plaintiff to oppose the motions and for Defendant to reply;

23    WHEREAS, to conserve the Court's and the Parties' resources by having Defendant's

24   motions heard on the same date and time as the initial case management conference;

25    NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree,

26   and respectfully request that the Court modify the briefing schedule and reset the hearing date for the

27

28                                                    2

pending Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Class

Action Complaint as follows:

| Plaintiffs' deadline to file oppositions to Defendant's Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Class Action Complaint | Thursday, April 16, 2020 |
|---|---|
| Defendant's deadline to file reply briefs in support of its Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Class Action Complaint | Thursday, May 7, 2020 |
| Hearing on Defendant's Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Class Action Complaint | Thursday, May 28, 2020 at 2:00 p.m. |

**IT IS SO STIPULATED.**

Dated:  March 17, 2020            GIBSON, DUNN & CRUTCHER LLP


By:           */s/ Heather Richardson*
                    Heather Richardson

                Attorneys for Defendant
              UBER TECHNOLOGIES, INC.


Dated:  March 17, 2020            WEST COAST EMPLOYMENT LAWYERS, APLC


By:           */s/ Ronald Zambrano*
                    Ronald Zambrano

        Attorneys for Plaintiffs JERICHO NICOLAS, et al.,
        individually and on behalf of all others similarly situated

3

**[PROPOSED] ORDER \*\*AS MODIFIED BY THE COURT\*\***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on Defendant's Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Class Action Complaint is specially set for ~~May 28, 2020 at 2:00 p.m.~~ May 27, 2020 at 9:00 am.

Dated: <u>March 18, 2020</u>                                       <u>/s/ Phyllis J. Hamilton</u>

                                                                          The Honorable Phyllis J. Hamilton

                                                                          United States Chief District Judge

4

Gibson, Dunn &
Crutcher LLP

# **ECF ATTESTATION**

I, Heather Richardson, hereby attest that concurrence in the filing of this document has been obtained from Ronald Zambrano, and that this document was served by electronic filing on March 17, 2020, on all counsel of record.


By: _____*/s/ Heather Richardson*_____
Heather Richardson

5

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULES AND RESET HEARING
DATE – CASE NO. 4:19-CV-08228-PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

GIBSON, DUNN & CRUTCHER LLP


By: _____*/s/ Heather Richardson*_____
                     Heather Richardson

                   Attorneys for Defendant
                   UBER TECHNOLOGIES, INC.

6