UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: February 25, 2021 (Time: 35 minutes)**     **JUDGE:  Phyllis J. Hamilton**

**Case No:** 19-cv-08228-PJH
**Case Name:** Nicholas -v- Uber Technologies, Inc.

**Attorney(s) for Plaintiff:**     Ron Zambrano; Melineh Kasbarian
**Attorney(s) for Defendant:**     Theane Evangelis

**Deputy Clerk: Kelly Collins**     **Court Reporter: Diane Skillman**

### PROCEEDINGS

   Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint Hearing-Held via Zoom Webinar.  The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc: chambers**