SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ANNE KRAMER, SBN 315131
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Proposed-Intervenors*
*Christopher James and Spencer Verhines,*
*on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 4:19-cv-08228-PJH<br><br>**NOTICE OF WITHDRAWAL OF PROPOSED INTERVENORS' MOTION TO STAY (Dkt. 54)**<br><br>L.R. 7-11<br><br>Hon. Phyllis Hamilton |

# NOTICE OF WITHDRAWAL

Pursuant to Civ. L. R. 7-7(e), Proposed-Intervenors Christopher James, et al. hereby withdraw their Motion to Stay Ruling, filed March 10, 2021 (Dkt. No. 54).  Proposed-Intervenors erroneously filed their Administrative Motion as a "Motion to Stay" and have since re-filed the Motion under the entry (see Dkt. No. 55).  As such, they are withdrawing the Motion filed at Docket No. 54.

Respectfully submitted,

Proposed-Intervenors CHRISTOPHER JAMES and SPENCER VERHINES, on behalf of all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com

Dated:          March 10, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on March 10, 2021, on all counsel of record.

                                 /s/ Shannon Liss-Riordan
                                 Shannon Liss-Riordan, Esq.