SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ANNE KRAMER, SBN 315131
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Proposed-Intervenors
Christopher James and Spencer Verhines,
on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:19-cv-08228-PJH<br><br>**DENYING [PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' ADMINISTRATIVE MOTION TO STAY RULING PENDING FORTHCOMING MOTION TO INTERVENE**<br><br>L.R. 7-11<br><br>Hon. Phyllis Hamilton |

Having considered Proposed-Intervenors Christopher James and Spencer Verhines' Administrative Motion to Stay a Ruling on Defendant's pending Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. 46) in this action pending a decision on their forthcoming Motion to Intervene, and having concluded that there is a risk of inconsistent rulings and of prejudice to the certified class in the <u>James</u> action, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is ~~GRANTED~~ DENIED.

No decision will issue on Defendant's pending Motion to Dismiss (Dkt. 46) until a ruling is issued on the <u>James</u> Plaintiffs' forthcoming Motion to Intervene in this action.

**IT IS SO ORDERED.**

DATED: March 11, 2021



_____
Phyllis Hamilton
United States District Judge

DENYING
~~[PROPOSED]~~ ORDER ~~GRANTING~~ PROPOSED INTERVENORS' ADMINISTRATIVE MOTION
TO STAY RULING PENDING FORTHCOMING MOTION TO INTERVENE
Case No. 4:19-cv-08228-PJH
2