SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ANNE KRAMER, SBN 315131
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Proposed-Intervenors
Christopher James and Spencer Verhines,
on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERICHO NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:19-cv-08228-PJH<br><br>**NOTICE OF ADMINISTRATIVE MOTION TO RELATE**<br><br>Hon. Phyllis Hamilton |

1
NOTICE OF ADMINISTRATIVE MOTION TO RELATE

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 12, 2021, Plaintiffs Christopher James and Spencer Verhines, on behalf of the certified class they represent, filed an Administrative Motion to Consider Whether Cases Should Be Related in <u>James v. Uber Technologies, Inc.</u>, Case No. 3:19-cv-06462-EMC (N.D. Cal.), asking the court to consider whether this case is related to the <u>James</u> case.  This Motion is attached as **Exhibit A**.

Dated:      March 12, 2021

    /s/ _ Shannon Liss-Riordan_____
Shannon Liss-Riordan

*Attorney for Plaintiffs Christopher James and Spencer Verhines, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on March 12, 2021, on all counsel of record.

By: */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan