THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
BRANDON J. STOKER, SBN 277325
  bstoker@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICOLAS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC,<br><br>        Defendant. | CASE NO. 4:19-cv-08228-PJH<br><br>**DEFENDANT'S NOTICE OF OPPOSITION TO MOTION TO RELATE**<br><br>Judge:      Hon. Phyllis J. Hamilton |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on March 15, 2021, Defendant Uber Technologies, Inc., filed an Opposition to Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related in *James v. Uber Technologies, Inc.*, Case No. 3:19-cv-06462-EMC (N.D. Cal.), asking the court to find that this case is not related to the *James* case.  This Opposition is attached as **Exhibit A**.

Dated: March 15, 2021                    GIBSON, DUNN & CRUTCHER LLP

                                          By:        */s/ Theane Evangelis*
                                                      Theane Evangelis

                                          Attorneys for Defendant UBER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2021, I filed the foregoing document with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Theane Evangelis*
          Theane Evangelis

Attorneys for Defendant UBER TECHNOLOGIES, INC.