SHANNON LISS-RIORDAN, SBN 310719
(sliss@llrlaw.com)
ANNE KRAMER, SBN 315131
(akramer@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801


*Attorneys for Proposed-Intervenors
Christopher James and Spencer Verhines,
on behalf of all others similarly situated*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JERICHO NICHOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:19-cv-08228-PJH<br><br>**NOTICE OF REPLY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11**<br><br>Hon. Phyllis Hamilton |

1

NOTICE OF REPLY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 16, 2021, Plaintiffs Christopher James and Spencer Verhines, on behalf of the certified class they represent, filed a Reply in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 7-11 in <u>James v. Uber Technologies, Inc.</u>, Case No. 3:19-cv-06462-EMC (N.D. Cal.), asking the court to consider whether this case is related to the <u>James</u> case.  This Reply is attached as **Exhibit A**.


Dated:     March 16, 2021


                                          _/s/_ Shannon Liss-Riordan_____
                                          Shannon Liss-Riordan

                                          *Attorney for Plaintiffs Christopher James*
                                          *and Spencer Verhines, on behalf of*
                                          *themselves and all others similarly situated*

NOTICE OF REPLY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served by electronic filing on March 16, 2021, on all counsel of record.

By: */s/ Shannon Liss-Riordan*_____
Shannon Liss-Riordan

NOTICE OF REPLY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11