ALLEN PATATANYAN, SBN 210586
  allen@westcoasttriallawyers.com
NEAMA RAHMANI, SBN 223819
  nr@westcoasttriallawyers.com
RONALD L. ZAMBRANO, SBN 255613
  ron@westcoasttriallawyers.com
WEST COAST TRIAL LAWYERS, APLC
350 South Grand Avenue, Suite 3350
Los Angeles, CA 90071
Telephone:  213.927.3700
Facsimile:  213.927.3701

Attorneys for Plaintiffs
JERICHO NICOLAS
and others similarly situated

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
  bevanson@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
BRANDON J. STOKER, SBN 277325
  bstoker@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 4:19-cv-08228-PJH<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. Phyllis J. Hamilton |

Plaintiffs Jericho Nicolas and others similarly situated, and Defendant Uber Technologies, Inc., by and through their counsel of record, respectfully submit this Joint Status Report pursuant to the Court's October 14, 2024, order.

***Background.***  On July 17, 2020, the Court granted Defendant's motion to compel arbitration with respect to the Labor Code § 2698 et seq. (PAGA) claims brought by 45 Plaintiffs and stayed those claims pending arbitration.  On May 20, 2021, the Court granted Defendant's motion to dismiss the remaining claims.

On September 11, 2024, the Court ordered the parties to submit a joint status report regarding

the status of the arbitrations within 30 days of the order. The parties filed that joint report on October 11, 2024. The parties relayed that 41 of the 45 Plaintiffs have released their claims or never drove using Uber. Uber proposed that those 41 Plaintiffs should be dismissed, and Plaintiffs did not oppose.

Four other Plaintiffs—Steven Robert Callahan, Jorge Diaz, Yazmin Garcia, and Lasheem Barton—were likewise compelled to arbitration but they have not yet abandoned, settled, or arbitrated their claims against Uber. Dkt. 36. Plaintiffs requested 60 days to investigate whether these four Plaintiffs ever drove using Uber. On October 14, 2024, the Court granted Plaintiffs' request and ordered the parties to file a Joint Status Report by December 13, 2024.

**_Update._** Plaintiffs' counsel has concluded their investigation, and agree that Steven Robert Callahan, Jorge Diaz, and Yazmin Garcia should be dismissed. As to the one remaining Plaintiff, Lasheem Barton, Plaintiffs' counsel believe that he used a different email address for the account he drove under during the applicable period. The parties are investigating and working to resolve this last Plaintiff's claims. In the meantime, the rest of the Plaintiffs should be dismissed.

DATED: December 13, 2024

Respectfully submitted,

WEST COAST TRIAL LAWYERS, APLC

By: _/s/ Ronald L. Zambrano_
       Ronald L. Zambrano

Attorneys for Plaintiffs JERICHO NICOLAS and others similarly situated

DATED: December 13, 2024

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Theane Evangelis_
       Theane Evangelis

Attorneys for Defendant UBER TECHNOLOGIES, INC.

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

DATED: December 13, 2024                    GIBSON, DUNN & CRUTCHER LLP.


                                            By:  /s/ Theane Evangelis
                                                 Theane Evangelis