UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICOLAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 19-cv-08228-PJH<br><br>**ORDER RE JOINT STATUS REPORT**<br>Re: Dkt. No. 70 |

After granting defendant's motion to compel arbitration in this case, the court directed the parties to submit a joint report regarding the status of the claims brought by the 45 individual plaintiffs. See Dkt. 69. On December 13, 2024, the parties filed their joint status report, indicating their agreement that 44 of the 45 plaintiffs should have their claims dismissed from the case. See Dkt. 70.

Accordingly, the court directs the parties to submit a proposed order of dismissal as to those 44 plaintiffs, no later than **January 9, 2025**. The court will issue a separate order regarding the sole remaining plaintiff.

**IT IS SO ORDERED.**

Dated: January 2, 2025

                                    /s/ *Phyllis J. Hamilton*
                                PHYLLIS J. HAMILTON
                                United States District Judge