UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICOLAS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 19-cv-08228-PJH<br><br>**ORDER TO SHOW CAUSE RE CLAIMS OF LASHEEM BARTON**<br><br>Re: Dkt. No. 70 |

After granting defendant's motion to compel arbitration in this case, the court directed the parties to submit a joint report regarding the status of the claims brought by the 45 individual plaintiffs. See Dkt. 69. On December 13, 2024, the parties filed their joint status report, indicating their agreement that 44 of the 45 plaintiffs should have their claims dismissed from the case. See Dkt. 70.

As to the sole remaining plaintiff, plaintiffs' counsel states that they "believe that he used a different email address for the account he drove under during the applicable period," and that "[t]he parties are investigating and working to resolve this last Plaintiff's claims." See Dkt. 70. The court hereby orders plaintiff Lasheem Barton to initiate arbitration within 14 days (i.e., by **January 16, 2025**), or face dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 2, 2025

　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge