Neama Rahmani (State Bar No. 223819)
  *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
  *ron@westcoasttriallawyers.com*
Morgan A. Ruiz (State Bar No. 350242)
  *morgan@westcoasttriallawyers.com*
WEST COAST TRIAL LAWYERS, APLC
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiffs,
JERICHO NICOLAS
and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICHO NICOLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 4:19-cv-08228-PJH<br><br>*ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JUDGE PHYLLIS J. HAMILTON*<br><br>**DECLARATION OF RONALD L. ZAMBRANO IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: CLAIMS OF LASHEEM BARTON** |

**DECLARATION OF RONALD L. ZAMBRANO**

1. I am a partner at West Coast Trial Lawyers, APLC, attorneys for Plaintiffs in the action known as *Jericho Nicholas, et al. v. Uber Technologies, Inc.* I make this declaration ahead of the Order to Show Cause Hearing re. Claims of Lasheem Barton. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. On January 2, 2025, the Court ordered Plaintiff Lasheem Barton to initiate arbitration within 14 days (i.e. by January 16, 2025), or face dismissal for failure to prosecute.

3. Currently, the Parties are engaging in settlement discussions.

4. As such, Plaintiffs respectfully requests the Order To Show Cause Re: Claims of Lasheem Barton be continued to allow the Parties to continue ongoing settlement discussions.

Dated: January 16, 2025

WEST COAST TRIAL LAWYERS, APLC

By: *[signature]*
Ronald L. Zambrano, Esq.
Morgan A. Ruiz, Esq.
Attorneys for Plaintiffs,
JERICHO NICOLAS
and others similarly situated

CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the above-captioned matter.

On January 16, 2025, I served the documents listed below on the Defendant by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice as follows:

THEANE EVANGELIS, SBN 243570

tevangelis@gibsondunn.com

BLAINE H. EVANSON, SBN 254338

bevanson@gibsondunn.com

HEATHER L. RICHARDSON, SBN 246517

hrichardson@gibsondunn.com

BRANDON J. STOKER, SBN 277325

bstoker@gibsondunn.com

SAMUEL ECKMAN, SBN 308923

seckman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP

333 South Grand Avenue

Los Angeles, CA 90071-3197

Telephone: 213.229.7000

Facsimile: 213.229.7520

Attorneys for Defendant

UBER TECHNOLOGIES, INC.

The documents served on January 16, 2025 are:

**DECLARATION OF RONALD L. ZAMBRANO IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: CLAIMS OF LASHEEM BARTON**

Dated: January 16, 2025             WEST COAST TRIAL LAWYERS, APLC

By _____
Ronald L. Zambrano, Esq.
Attorney for Plaintiffs,
JERICHO NICOLAS
and others similarly situated

-1-

PROOF OF SERVICE