UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LASHEEM BARTON,

Plaintiff,

v.

UBER TECHNOLOGIES, INC.,

Defendant.

Case No. 19-cv-08228-PJH

**ORDER RE CONTINUANCE AND ORDER TO SHOW CAUSE**

Re: Dkt. No. 72, 74

On January 2, 2025, the court issued an order noting that all but one of the 45 plaintiffs in this case had dismissed their claims in light of the court's order compelling arbitration, and giving the remaining plaintiff 14 days to either initiate arbitration on his claims or face dismissal for failure to prosecute. See Dkt. 72.

Plaintiff's counsel has filed a response, indicating that "the parties are engaging in settlement discussions" and requesting a continuance of undefined duration. See Dkt. 74.

The court will grant a 30 day continuance to allow the parties to discuss a settlement, but the court will not grant any further continuances. If a dismissal is not filed by **February 21, 2025**, plaintiff is ordered to show cause as to why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order (namely, the court's order compelling arbitration and dismissing the complaint in May 2021, as well as the January 2025 order directing plaintiff to initiate arbitration).

**IT IS SO ORDERED.**

Dated:  January 21, 2025

_____/s/ Phyllis J. Hamilton_____
PHYLLIS J. HAMILTON
United States District Judge